Lily Brady and Alice Brady, Respondents, v. Josephine Carey and Others, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Kapper, Rich, Hagarty, Seeger and Carswell, JJ.

Cauldwell-Wingate Company, Respondent, v. Finlay Realty Co., Inc., Appellant, and Others, Defendants.— Order granting motion for a compulsory reference reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. We are of opinion that the trial of this action will not require the examination of a long account. Young, Kapper, Hagarty, Seeger and Carswell, JJ., concur.

Teresa D'Alesio, as Administratrix, etc., of Domenica D'Alesio, Deceased, Appellant, v. Carter & Weekes Stevedoring Company and Others, Respondents.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Young, Rich, Kapper, Hagarty and Carswell, JJ.

Edward Delano, Jr., an Infant, by Edward Delano, His Guardian ad Litem, Appellant, v. Ward Baking Company, Respondent.— Judgment and order reversed upon the law and the facts, and new trial granted, costs to abide the event. The verdict in favor of plaintiff was grossly inadequate. If plaintiff was entitled to any verdict at all, he was entitled to a compensatory verdict. Kapper, Rich, Hagarty, Seeger and Carswell, JJ., concur.

Salvatore DeSimone, Appellant, v. Adler Dentist Co., Inc., Respondent.— Order dismissing complaint affirmed, with ten dollars costs and disbursements. No opinion. Young, Kapper, Hagarty, Seeger and Carswell, JJ., concur.

Vincenzo D'Orlando, Respondent, v. Brooklyn City Railroad Company, Defendant, and Callan Bros., Inc., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Young, Kapper, Hagarty, Seeger and Carswell, JJ.

Milnor H. Downs, Respondent, v. John Di Blasi and Edward D. Lundell, enppellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

John Enright, Respondent, v. Mary A. Muench and Emily E. Muench, as Executrices, etc., of Bernhard Muench, Deceased, Appellants.— On argument, order to be entered, upon consent, providing that respondent receive appellants' amended answer upon condition that, within five days from the entry of such order, appellants pay respondent twenty dollars costs and disbursements for printing briefs, in which event the appeal is dismissed; otherwise, orders affirmed, with ten dollars costs and disbursements. Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ., concur.